IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPHINE SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARSHALLS, et al. | : | NO. 11-5121 |

ORDER

AND NOW, this 21st day of September, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Marshalls and The TJX Companies, Inc. to dismiss Counts II and IV of the complaint is GRANTED unless Josephine Smith files and serves an amended complaint on or before October 6, 2011 with respect to Counts II and IV.

BY THE COURT:

/s/ Harvey Bartle III
J.